1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  MARY M. FRENCH, Bar #126643
   Supervising Assistant Federal Defender
3  Designated Counsel for Service
   801 I Street, 3rd Floor
4  Sacramento, California 95814
   Telephone: (916) 498-5700
5
   Attorney for Defendant
6  RUFINO VASQUEZ-MENDOZA

7

8              IN THE UNITED STATES DISTRICT COURT

9             FOR THE EASTERN DISTRICT OF CALIFORNIA

10
   UNITED STATES OF AMERICA,    ) No. CR-S-09-0050 GEB
11                              )
              Plaintiff,        )
12                              ) STIPULATION AND [PROPOSED] ORDER
       v.                       ) CONTINUING STATUS CONFERENCE
13                              )
   RUFINO VASQUEZ-MENDOZA,      )
14                              ) Date:  April 24, 2009
              Defendant.        ) Time:  9:00 a.m.
15                              ) Judge: Garland E. Burrell, Jr.
   _____)
16

17     It is hereby stipulated between the parties, Daniel McConkie,

18 Assistant United States Attorney, attorney for Plaintiff, and Mary M.

19 French, attorney for defendant, RUFINO VASQUEZ-MENDOZA, that the Status

20 Conference hearing date of March 20, 2009, be vacated and a new Status

21 Conference hearing date of April 24, 2009, at 9:00 a.m. be set.

22     This continuance is requested because respective counsel is still

23 waiting for the pre-plea report and will need time to work on a

24 disposition.

25     It is further stipulated that the period from March 20, 2009,

26 through and including April 24, 2009, should be excluded pursuant to

27 ///

28 ///

18 U.S.C. §3161(h)(8)(B)(iv) and Local Code T4 based upon continuity of counsel and defense preparation.

Dated: March 19, 2009

                                        Respectfully submitted,

                                        DANIEL J. BRODERICK
Federal Defender

*/s/ Mary M. French*
_____
MARY M. FRENCH
Supervising Assistant Federal Defender
Attorney for Defendant
RUFINO VASQUEZ-MENDOZA

Dated: March 19, 2009          LAWRENCE G. BROWN
Acting United States Attorney

*/s/  Mary M. French for
     Daniel McConkie*
_____
DANIEL McCONKIE
Assistant U.S. Attorney

**ORDER**

**IT IS SO ORDERED.**

Dated:  March 19, 2009

_____
GARLAND E. BURRELL, JR.
United States District Judge

Stip & Order      2