```
 1  DANIEL J. BRODERICK, Bar #89424
    Federal Defender
 2  MARY M. FRENCH, Bar #126643
    Supervising Assistant Federal Defender
 3  Designated Counsel for Service
    801 I Street, 3rd Floor
 4  Sacramento, California 95814
    Telephone: (916) 498-5700
 5
    Attorney for Defendant
 6  RUFINO VASQUEZ-MENDOZA
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR-S-09-0050 GEB |
| Plaintiff, | |
| v. | STIPULATION AND [PROPOSED] ORDER CONTINUING STATUS CONFERENCE |
| RUFINO VASQUEZ-MENDOZA, | |
| Defendant. | Date: May 15, 2009 |
| | Time: 9:00 a.m. |
| | Judge: Garland E. Burrell, Jr. |

It is hereby stipulated between the parties, Michael Dwight Anderson, Assistant United States Attorney, attorney for Plaintiff, and Mary M. French, attorney for defendant, RUFINO VASQUEZ-MENDOZA, that the Status Conference hearing date of April 24, 2009, be vacated and a new Status Conference hearing date of May 15, 2009, at 9:00 a.m. be set.

This continuance is requested because the case is in the process of being re-assigned to a panel attorney and new counsel will need time to review the file and speak with Mr. Vasquez-Mendoza.

It is further stipulated that the period from April 24, 2009, through and including May 15, 2009, should be excluded pursuant to

///

18 U.S.C. §3161(h)(8)(B)(iv) and Local Code T4 based upon continuity of counsel and defense preparation.

Dated: April 23, 2009

                                          Respectfully submitted,

                                          DANIEL J. BRODERICK
Federal Defender

*/s/ Mary M. French*
_____
MARY M. FRENCH
Supervising Assistant Federal Defender
Attorney for Defendant
RUFINO VASQUEZ-MENDOZA

Dated: April 23, 2009            LAWRENCE G. BROWN
Acting United States Attorney

*/s/ Mary M. French for
    Michael Dwight Anderson*
_____
MICHAEL DWIGHT ANDERSON
Assistant U.S. Attorney

**ORDER**

**IT IS SO ORDERED.**

Dated: April 23, 2009

_____
GARLAND E. BURRELL, JR.
United States District Judge

Stip & Order                          2